IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KAREN BOGGS** | : |
|  | : |
| v. | : CIVIL ACTION |
|  | : NO. 13-6090 |
| **CAROLYN W. COLVIN** | : |
|  | : |

## ORDER

**AND NOW**, this <u>11th</u> day of August, 2015, upon careful and independent consideration of Plaintiff's request for review (Doc. 3), Defendant's Answer (Doc. 12), Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support of Request for Review (Doc. 13), Defendant's Response to Plaintiff's Request for Review (Doc. 16), Plaintiff's Reply to Defendant's Response to Plaintiff's Request for Review (Doc. 17), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 19), Plaintiff's Objection to the Report and Recommendation (Doc. 20), and all other responses thereto, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED** insofar as Plaintiff requests a remand;

3. Plaintiff's Request for Review is **GRANTED**; and

4. This matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.C.J.**